

THE HONORABLE RICHARD A. JONES
U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE, LOBBY LEVEL
700 STEWART STREET
SEATTLE, WASHINGTON 98101

July 16, 2008

The Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

   Re: **Calendar Year 2007 Filing**

Dear Judge Smith,

   Please accept this correspondence in response to your June 24, 2008 request for additional information.

   **Part VII, Page 4, Line15:** The Growth Fund of America is a subsidiary fund in ▮▮▮▮▮ American Funds IRA. This fund has been in our ownership for several years. I inadvertently failed to include this fund in my prior report. I had recorded this information from our financial statement which had separated this fund from the other American Funds. It was my mistaken belief that all of the funds had been included in my prior report.

   **Part VII, Page 4, Line 17:** In your June 24, 2008 correspondence you indicated that I had not included Fidelity Funds in my prior report. In reviewing that report (03/22/07) Part VII, Lines 16 and 17 reference the exact same funds in my May 5, 2008 report. The sources of these funds are my Washington State Deferred Compensation and Washington State Judicial Retirement Accounts (see Part II, lines 1 and 2). Both of these are retirement accounts and no income was received during the reporting period. I had combined the values without separating the accounts and thus reported a Value Code of M. I spoke with "Carmen" of the Committee Office and she suggested that I report the amounts separately. When separated, the values are as follows:

<u>Washington State Deferred Compensation</u>

Fidelity Funds:  U.S. Value Stock, Value Code E, Value Method T

Fidelity Funds:  U.S. Core Stock, Value Code E, Value Method T

<u>Washington State Judicial Retirement Account</u>

Fidelity Funds:  U.S. Value Stock, Value Code F, Value Method T

Fidelity Funds: U.S. Core Stock, Value Code F, Value Method T


**<u>Part VIII, Additional Information, Part VII, Line 2:</u>** The ICMAI is ██ ██ 401k managed by ██ current employer where ██ began employment in October 2006.  No income was received and the information reflected in my 5/05/08 is otherwise correct.  After reviewing the prior report, I have no explanation as to why this information was not included.   I was under the mistaken belief that I had included all assets reflected in our financial statement.

I trust the detail provided in this correspondence fully answers all questions you raised in your recent communication.


Very truly yours,



The Honorable Richard A. Jones
United States District Court

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Richard A | W.D. Washington | 05/05/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Active | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse 700-Stewart Street Seattle, Washington 98101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | YMCA of Greater Seattle |
| 2. Advisory Board Member | National Center for Courts and Media, National Judicial College |
| 3. Advisory Board Member | Seattle University Access to Justice Institute |
| 4. Board Member | Washington State Minority Justice Commission |
| 5. Faculty/Instructor | National Judicial College |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Washington State Deferred Compensation Plan; pension upon retirement |
| 2. 1994 | Washington State Judicial Retirement Account; pension upon retirement |
| 3. | |

FINANCIAL DISCLOSURE OFFICE  2008 MAY 12 A 9: 50  RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A | 05/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | State of Washington Administrator for the Courts (salary) | $ 115,561.00 |
| 2. 2007 | Wedding Income | $ 1,360.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ██████ - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Judicial College | March 18-20, 2007 | Reno, Nevada | Teaching judges | Transportation, meals and lodging. |
| 2. | Washington State Judges Association | April 22-25, 2007 | Blaine, Washington | Spring Conference | Meals and lodging |
| 3. | Washington State Judges Association | September 16-19, 2007 | Vancouver, Washington | Fall Conference | Transportation, meals and lodging |
| 4. | National Judicial College | October 14-15, 2007 | Reno, Nevada | Teaching judges | Transportation, meals and lodging |
| 5. | National Judicial College National Center for Courts and Media | Nov. 15-16, 2007 | Reno, Nevada | Board Meeting | Transportation, meals and lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Bank of America | Credit Card | J |
| 3. | Prevail Credit Union | Loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Tully's Stock (common) | | None | J | W | | | | | |
| 2. Tully's Stock (preferred) | | None | K | W | | | | | |
| 3. FBR Direct | | None | K | U | | | | | |
| 4. American Funds: American Balanced | A | Interest | M | T | | | | | |
| 5. American Funds: American Mutual | A | Interest | M | T | | | | | |
| 6. American Funds: Bond Fund of America | B | Interest | M | T | | | | | |
| 7. American Funds: Capital Income Builder | A | Interest | M | T | | | | | |
| 8. American Funds: Capital World Bond | A | Interest | M | T | | | | | |
| 9. American Funds: Capital World Growth & Income | A | Interest | M | T | | | | | |
| 10. American Funds: Fundamental Investors | A | Interest | M | T | | | | | |
| 11. American Funds: Income Fund of America | A | Interest | M | T | | | | | |
| 12. American Funds: Investment Company of America | A | Interest | M | T | | | | | |
| 13. American Funds: WashingtonMutual Investors | A | Interest | M | T | | | | | |
| 14. American Funds: Cash Management Trust of America | D | Interest | J | T | | | | | |
| 15. American Funds: Growth Fund of America | A | Interest | L | T | | | | | |
| 16. American Funds: SMALLCAP World | A | Interest | L | T | | | | | |
| 17. Fidelity Funds | | | M | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. Positions

Board Member Washington State Bar Association Leadership Institute
Advisory Board Member    Northwest Minority Job Fair Committee
Advisory Board Member    First Year Minority Clerkship Program
Advisory Board Member    University of Washington School of Law Advisory Committee
Advisory Board Member    Fairhaven College Law and Diversity Advisory Board
Committee Co-Chair King County Bar Association Rev. Dr. Martin Luther King Luncheon Committee

Part VII. Investments and Trusts

Washington State Judicial Retirement Account Value:  M Value Method:  T
ICMAI-401k                Value:  K Value Method:  T
Lehman ABS                Value:  J Value Method:  T
Principal Finance Group          Value:  J Value Method   T

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544